**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,  :  No. 142 MAL 2017
                                   :
            Respondent        :
                                   :  Petition for Allowance of Appeal from
                                   :  the Order of the Superior Court
             v.             :
                                   :
                                   :
MICHAEL LEE NISSLEY,         :
                                   :
            Petitioner        :

## ORDER

**PER CURIAM**

      **AND NOW**, this 18th day of July, 2017, the Petition for Allowance of Appeal is **DENIED**.

      Justice Wecht did not participate in the consideration or decision of this matter.